**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-60428-CIV-SMITH

KAROL NAIDUS,

     Plaintiff,
vs.

VOSS & KLEIN, LLC,

     Defendant.
_____/

**ORDER OF FINAL DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Notice of Voluntary Dismissal [DE 6]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED WITH PREJUDICE.**

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of April, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All counsel of record